**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO**

IVETTE PANIAGUA

    Plaintiff,

        v.                                           CIV. NO. 05-2296 (PG)

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

### ORDER

Upon careful review of the Magistrate Judge's Report and Recommendation (Docket No. 16), to which no objections were filed, the applicable case law, and the record of this case, the Magistrate Judge's Report and Recommendation is **APPROVED and ADOPTED**. Accordingly, the final decision of the Commissioner is hereby **AFFIRMED**. Judgment shall be entered dismissing the complaint.

    **SO ORDERED.**

    In San Juan, Puerto Rico, September 19, 2007.

                                                S/<u>JUAN M. PEREZ-GIMENEZ</u>
                                                JUAN M. PEREZ-GIMENEZ
                                                U.S. DISTRICT JUDGE